1  Name: Pshatoria LaRose
2  Address: 3725 W Flagler St #233
3  Miami, FL 33134
4  Phone: 404-654-2159
5  Fax: _____
6  In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Pshatoria LaRose

Plaintiff

v.

Sean Combs
Combs Defendants
(listed below)  Defendant(s).

CASE NUMBER:
2:24-cv-02340-SB(PDx)

To be supplied by the Clerk of
The United States District Court

COMPLAINT

Combs Enterprises
Combs Global
Ciroc
Misa Hylton
Sarah Chapman
Quincy Brown
Janice Combs
Love Combs
King Combs
Chance Combs
D'Lila Combs
Bad Boy Entertainment
The Sean Combs Foundation

Revolt Media and TV LLC
Jessie Combs
Justin Combs
Deleon Tequila
Sean John
AI B Sure
Love Records
Capital Preparatory Charter Schools

CV-126 (09/09)                PLEADING PAGE FOR A COMPLAINT

From:
LaRose Inc
Pshatoia LaRose
3536 Highway 6 S #295
Sugarland, TX 77478

To:
Combs Enterprise RE: Combs Global
RE: Sean Combs
9255 Sunset Blvd 2nd Floor
West Hollywood, CA 90069

Date: July 9, 2023

## THIS IS OUR FINAL ATTEMPT TO SETTLE THIS DISPUTE

To Whom it May Concern,

I, Pshatoia LaRose, am Writing this Letter as a Last and Final Attempt to Settle the Matter regarding the Following actions of Combs Enterprise, Combs Global, Sean Combs regarding : Intellectual Property Rights of Plaintiffs Phone Contents and Phone Conversations reused in Publications, Invasion of Privacy, Violation of Trade Secrets Act of Georgia, Harassment, Violation of Texas Uniform Trade Secrets Act, Using Plaintiff Unauthorized as a Subject, Utilizing Tort of Influence to Cause Harm and Loss to Plaintiff Directly and Indirectly in Third Party Associations Horoscope Script Writings, Brands and Persons.

As a Result of Defendants Negligence of the Claims stated above, Plaintiff has experienced Severe Current and Future Loss Financially, Pain and Suffering which has Result in Irreparable Harm and Loss to Plaintiff. Please see Second Page attached regarding additional interest involved in Claim.

In the Interests of Both Parties, and to Settle this Matter in an Equitable Way, I am requesting an Offer of $521 Million for the Payment for Intellectual Property Rights of Plaintiffs Phone Contents and Phone Conversations, Images reused for Inspiration in Publications, Invasion of Privacy, Violation of Trade Secrets Act of Georgia, Harassment, Violation of Texas Uniform Trade Secrets Act, Utilizing Tort of Influence to Cause Harm and Loss to Plaintiff Directly and Indirectly in Horoscope Script Writings, Pain and Suffering, along with Legal Fees if necessary.

A Response to this Letter is Required by July 23, 2023, (14) Days from the Date of this Letter. If There is No Response to This Letter, All Legal Rights Shall be Explored, Including, But Not Limited to, Legal Proceedings if Necessary to Recover the Debt Without Further Notice. This Offer of Settlement Serves as an Official Notice to You and May be Tendered in Court as Evidence of Your Failure to Pay. If Legal Action is to Occur to Resolve this Matter, It May Involve Having You Pay Attorney's Fees.

We Hope to Resolve This Matter as Soon as Possible.

Sincerely,
Pshatoia LaRose

Pshatoia LaRose
3536 Highway 6 S #295
Sugarland, TX 77478
404-654-2159
LaRose.PN@gmail.com

I, Plaintiff, Pshatoia LaRose listing the Following Persons, Companies and Third Party associated with Defendant but not limited to the Following below, regarding the Statement of Claim provided:

**Persons:**

Sean Combs
Combs Enterprises
Christian Combs
Prince Combs
Misa Hylton
Sarah Chapman
Chance Combs
D'Lila Combs
Jessie Combs
Quincy Brown
Al B Sure
Love Combs
Dana Tran
Alexis McFarland

**Companies:**

Bad Boy Entertainment
Capital Preparatory Charter Schools
Ciroc Vodka
Combs Global
Deleon Tequila
Love Records
Revolt Media
MCM Brand
Macy's
Sean John
Sean Combs Foundation

**Websites & Apps:**

Daily Horoscope App
Horoscope.com
CaliforniaPsychics.com
HuffPost.com
Vogue.in
Tarot.com
AstrologyKing.com
JessicaAdams.com
Ask-Oracle.com
YourTango.com
Astrolis.com
Elle.com