UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSHATOIA LAROSE,<br><br>      Plaintiff,<br><br>v.<br><br>SEAN COMBS et al.,<br><br>      Defendants. | Case No. 2:24-cv-02340-SB-PD<br><br>ORDER RE IMPROPER EMAILS |

      On March 27, 2024, the Court denied pro se Plaintiff's request to proceed in forma pauperis (IFP) both because the information in Plaintiff's IFP application indicated that she is not indigent and because her "complaint" did not identify any basis for federal jurisdiction and failed to state a claim. Dkt. No. 8. The Court granted Plaintiff leave within 30 days of the order to file a First Amended Complaint that cured these deficiencies, together with the required filing fee, if she wished to proceed with the case.

      Since then, Plaintiff has sent multiple emails to the Court that include information that was not in her IFP request and state an intent to "appeal" the Court's decision. Counsel and pro se parties are prohibited from contacting the courtroom deputy clerk to inquire about the status of a pending matter. Dkt. No. 7 at 2–3; *see also* Dkt. No. 9 (April 8 order notifying Plaintiff that email communication was improper). Any appropriate request for relief must be filed on the docket.

Date: April 12, 2024

                                                  Stanley Blumenfeld, Jr.
                                       United States District Judge