UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSHATOIA LAROSE,<br><br>      Plaintiff,<br><br>v.<br><br>SEAN COMBS et al.,<br><br>      Defendants. | Case No. 2:24-cv-02340-SB-PD<br><br>ORDER OF DISMISSAL |

      On March 27, 2024, the Court denied Plaintiff's request to proceed in forma pauperis because she had not demonstrated that she was unable to pay the filing fee and because her "complaint" did not identify a basis for federal subject-matter jurisdiction or state a claim for relief.  Dkt. No. 8.  The Court ordered that if she wished to prosecute this case, she must pay the filing fee and file an amended complaint that cured the deficiencies within 30 days—i.e., by April 26, 2024—and that if she did not do so, the case would be dismissed without prejudice.  *Id.*  The April 26 deadline has passed, and Plaintiff has neither filed an amended complaint nor paid the filing fee.  Accordingly, Plaintiff's claims are dismissed without prejudice.

      A final judgment will be entered separately.

Date: May 6, 2024

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge