# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PSHATOIA LAROSE,<br><br>        Plaintiff,<br><br>  v.<br><br>SEAN COMBS et al.,<br><br>        Defendants. | Case No. 2:24-cv-02340-SB-PD<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, Plaintiff's claims are dismissed without prejudice.

This is a final judgment.


Date: May 6, 2024

                                            _____
                                                Stanley Blumenfeld, Jr.
                                              United States District Judge